

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

NO. 2-09-318-CR

ROMEO LEAL SANCHEZ                                       APPELLANT

V.

THE STATE OF TEXAS                                          STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "Appellant's Withdrawal Of Notice Of Appeal Pursuant To Texas Rule Of Appellate Procedure 42.2." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See id.;* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

---

[1] *... See* Tex. R. App. P. 47.4.

DELIVERED: February 4, 2010